1

2

3

4

5

6

7

8                        UNITED STATES DISTRICT COURT

9                   FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   SCOTT JOHNSON,                              No.  2:16-CV-0281 KJM CKD

12                    Plaintiff,

13          v.                                   ORDER

14   STEVEN S. TAING, et al.,

15                    Defendants.

16

17          Plaintiff commenced this disability access case asserting a claim under the Americans

18   with Disabilities Act ("ADA") and related state law claims, and defendants have answered the

19   complaint.  On March 29, 2016, the case was stayed and the parties were directed to attempt

20   settlement of this action.  On May 23, 2016. the parties informed the court they were not able

21   settle the case.

22          In the interest of avoiding the accumulation of fees and costs through potentially

23   unnecessary discovery and motion practice, and to allow the parties additional time to pursue an

24   early informal resolution of this matter, the court refers the action to the court's Voluntary

25   Dispute Resolution Program ("VDRP").

26   /////

27   /////

28   /////

                                                  1

1    Accordingly, IT IS HEREBY ORDERED that:

2    1.  This action is REFERRED to the VDRP.

3    2.  Within fourteen (14) days of this order, the parties shall contact the court's VDRP

4        administrator, Sujean Park, at (916) 930-4278 or SPark@caed.uscourts.gov, to start

5        the process of selecting an appropriate neutral.

6    3.  The parties shall carefully review and comply with Local Rule 271, which outlines the

7        specifications and requirements of the VDRP.

8    4.  No later than fourteen (14) days after completion of the VDRP session, the parties

9        shall jointly file their VDRP Completion Report, consistent with Local Rule 271(o).

10   5.  Any party that objects to this referral to the VDRP shall file its objections within seven

11       (7) days of this order.  Such objections shall clearly outline why that party believes

12       that the action is not appropriate for referral to the VDRP.

13   IT IS SO ORDERED.

14  DATED:  June 27, 2016

15

16  _____

17                    UNITED STATES DISTRICT JUDGE

18

19

20

21

22

23

24

25

26

27

28

2